# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



WILLIAM WISE, JR., ET AL.

VS.

WILLIAMS HOSPITALITY GROUP,
ET AL.

CIVIL NO. 98-1299 (JAF)

---

## DESCRIPTION OF MOTION

**DATE FILED:** 9/30/99   **DOCKET #:** 20   **TITLE:** MOTION by St. Paul Fire & Marine Ins. Co. to Extend Time until 10/30/99 to Answer Amended Complaint

[ ] Plaintiff(s)
[x] Defendant(s)

---

## O-R-D-E-R

X  GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** THE FINAL PRETRIAL CONFERENCE IN THIS CASE SHALL BE HELD ON DECEMBER 1, 1999, AT 12:00 NOON.

_____
DATE   10/29/99

_____
JOSE A. FUSTE
U.S. DISTRICT JUDGE

Received & Filed 99 NOV -2 AM 10:57 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.