UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

WILLIAM WISE, JR., et al.,

　　　　Plaintiffs,

　　　　v.　　　　　　　　　　　　　　Civil No. 98-1299(JAF)

WILLIAMS HOSPITALITY GROUP,
INC., D/B/A CONDAADO PLAZA
HOTEL & CASINO, et al.,

　　　　Defendants.

## O R D E R

The "Joint Motion for Continuance and/or Urgent Hearing" filed by the parties on November 9, 1999, <u>Docket Document No. 23</u>, is **GRANTED**. The court will hold a status conference on December 1, 1999 in lieu of the pretrial conference originally set. The trial setting for December 6, 1999 is **VACATED**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 18th day of November, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)