UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

William Wise, Jr. et al

VS.                                CIVIL NO. 98-1299 (JAF)

Williams Hospitality Group

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE: FILED: | DOCKET:# | Title: |
| ( )Plffs | ( )Defts | |
| ( )Government | ( )Other | |

O R D E R

To be held Friday. St. Paul is allowed to depose plaintiff's former fiancee and Dr. Randall Pardell before Jan 30/2000

The P.T. conf shall be held Feb 11/2000, 12:00 noon

Trial shall be held Feb 22/2000, 9:30 am.

12/1/99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

25