IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



WILLIAM WISE, JR., ET AL.

VS.

WILLIAMS HOSPITALITY GROUP, ET AL.

CIVIL NO. **98-1299 (JAF)**

---

### DESCRIPTION OF MOTION

**DATE FILED:** 12/13/99  **DOCKET #:** 26  **TITLE:** MOTION by Williams Hospitality |to Continue JT set for 2/22/00|

[ ] Plaintiff(s)
[x] Defendant(s)

---

### O-R-D-E-R

___ GRANTED.

**X** DENIED.

___ MOOT.

___ NOTED.

**OTHER:**

_____

2/2/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE