# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF SETTING</u>                                  Date:   February 3, 2000

WILLIAM WISE, et al                    *
                                       *
   Plaintiffs                          *
                                       *
      vs.                              *           Civil 98-1299 (JAF)
                                       *
WILLIAMS HOSPITALITY, et al            *
                                       *
   Defendants                          *
                                       *
-----------------------------------------*

By Order of the Court a conference in the above captioned case, is hereby set for **Thursday, February 10, 2000,** at 11:30 A.M. This proceeding will be held before Honorable Robert J. Ward, Senior Judge from the US District Court in New York.

 

                                                                   Lida Isis Egelé
                                                                   Courtroom Deputy

s/c:   Luis Pérez Giusti        (Notified by phone: Ana)
       James Toro                   "        "        "     Personally
       Charles De Mier              "        "        "     Patricia

3