UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

WILLIAM WISE, JR., et al.,

    Plaintiffs,

v.

WILLIAMS HOSPITALITY GROUP, INC., D/B/A CONDAADO PLAZA HOTEL & CASINO, et al.,

    Defendants.

Civil No. 98-1299 (JAF)

## O R D E R

This case should be settled. The court strongly recommends that the case be settled in the amount of $100,000.

The opposition to the pending motion for summary judgment shall be filed **not later than February 22, 2000**. Said motion will be disposed of by the court shortly thereafter. Any additional dispositive motion on the issue of insurance coverage shall be filed **on or before February 22, 2000**.

**The pretrial and trial settings for February 11 and 22, 2000, respectively, are now RESCHEDULED for March 9, 2000, at 12:00 Noon, and March 13, 2000, at 9:30 A.M., respectively.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 10th day of February, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge