IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| MINUTES OF PROCEEDINGS | DATE: FEBRUARY 10, 2000 |
|---|---|
| HONORABLE ROBERT J. WARD | CIVIL NO. 98-1299(JAF) |

| | | |
|---|---|---|
| **WILLIAM WISE, JR., et al** | * | Attorneys: |
| Plaintiffs, | * | Plaintiff: Luis Perez |
| vs. | * | |
| **WILLIAMS HOSPITALITY GROUP,** | * | Defendant: James Toro |
| Defendant | * | |

Counsel meet with Court in Chambers. Settlement of this action is discussed extensively. Attorneys will confer with their clients and report back to the Court on **Friday, February 17, 2000** as to outcome of settlement negotiations. Ruling on motion for summary judgment filed by defendant Williams Hospitality Group, Inc. (docket #29) is left pending.

*Laura E. Rivera*
Operations Manager