IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILLIAM WISE, JR.
WILLIAM WISE, SR.
ANGELINE M. WISE

    PLAINTIFFS

    VS.

WILLIAMS HOSPITALITY GROUP,
INC. d/b/a CONDADO PLAZA HOTEL
& CASINO

    DEFENDANTS

CIVIL NO. 98-1299 (JAF)

RE: PLAINTIFFS REQUEST TRIAL BY JURY

**JUDGMENT**

The parties, having reached a Settlement Stipulation wherein defendants Williams Hospitality Group, Inc. and St. Paul Fire & Marine Insurance Company agree to pay to plaintiffs William Wise, Jr., William Wise, Sr. and Angeline M. Wise the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) without costs and/or assessment of attorneys' fees, and after reviewing the terms of said Settlement Stipulation, this Court expressly approves same and accordingly enters judgment thereon in favor of plaintiffs William Wise, Jr., William Wise, Sr. and Angeline M. Wise, against the defendants for the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for plaintiffs' personal injuries and all other damages suffered as a result of events occurring from March 27, 1997 through April 21, 1997 and thereafter without costs and/or attorneys' fees. The amount of ONE HUNDRED THOUSAND DOLLARS

($100,000.00) shall be satisfied through the payment of Fifty Thousand Dollars ($50,000.00) by each co-defendant.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of March, 2000.

_____
U.S. DISTRICT JUDGE